# Third District Court of Appeal

## State of Florida

Opinion filed October 15, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2179
Lower Tribunal No. F20-7989
_____

**Hilwon Torres Martinez,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Carlos J. Martinez, Public Defender, and Deborah Prager, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Camilo Montoya, Assistant Attorney General, for appellee.

Before LOGUE, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Reyna v. State</u>, 302 So. 3d 1025, 1031 (Fla. 4th DCA 2020) ("For collateral sex crimes to be admissible, courts have applied section 90.404(2)(c) to require significant similarity between the collateral evidence and the charged crime, evidence so similar and specific that it resembles a clear pattern of conduct. . . . Courts find adequate similarity under 90.404(2)(c) when the defendant's conduct conforms to an identifiable pattern.").